UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-61914-CIV-SEITZ/MCALILEY

CHANEL, INC.,
a New York Corporation,

    Plaintiff,
vs.

TARA M. MCCROSKEY and
MARK A. JOHNS, individually
and jointly d/b/a
NYCLUXURYDEALS.COM d/b/a
NYCLUXURYDEALSMEGASTORE.COM
d/b/a JOHNS MCCROSKEY and ASSOC.
d/b/a MCCROSKEY ASSOCIATES
NYCLUXURYDEALS, and DOES 1-10,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

    IN ACCORDANCE with this Court's concurrently issued Order Granting Plaintiff's Motion for Final Default Judgment, it is hereby

    ORDERED that:

    (1) Final Default Judgment is ENTERED in favor of the Plaintiff, Chanel, Inc., and against the Defendants, Tara M. McCroskey and Mark A. Johns individually and jointly, d/b/a NYCLuxuryDeals.com d/b/a NYCLuxuryDealsMegaStore.com d/b/a Johns McCroskey and Assoc. d/b/a McCroskey Associates NYCLuxuryDeals.com ("Defendants");

    (2) Pursuant to 15 U.S.C. § 1117(c), Chanel is awarded statutory damages, after trebling, against Defendants in the amount of six hundred ninety-eight thousand, three hundred thirty-nine dollars and thirty-one cents ($698,339.31), for which let execution issue;

    (3) Pursuant to 15 U.S.C. § 1117(b), Chanel is awarded its attorney's fees against Defendants in the amount of four thousand, two hundred dollars and no cents ($4,200.00), for which let execution issue;

(4) Pursuant to 15 U.S.C. § 1117(b), Chanel is awarded its costs against Defendants in the amount of four hundred ninety-two dollars and fifty cents ($492.50), for which let execution issue;

(5) Pursuant to 15 U.S.C. § 1117(b), Chanel is awarded its investigative fees against Defendants in the amount of nine hundred fourteen dollars and ninety-six cents ($914.96), for which let execution issue; and

(6) This judgment shall accrue interest at the rate prescribed by 28 U.S.C. § 1961.

DONE AND ORDERED in Miami, Florida, this 9th day of April, 2007.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

2